**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

|  |  |  |
|---|---|---|
| ARRAY CACHE TECHNOLOGIES LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:25-CV-547 |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| NVIDIA CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Array Cache Technologies LLC ("Array Cache" or "Plaintiff") for its Complaint against Nvidia Corporation ("Nvidia" or "Defendant"), alleges as follows:

**THE PARTIES**

1.      Array Cache is a limited liability company, organized and existing under the laws of the State of Texas, with a principal place of business located at 5 Austin Avenue #25569, Waco, Texas 76701.

2.      Upon information and belief, Nvidia is a corporation organized and existing under the laws of the State of Delaware and has a place of business located at 11001 Lakeline Boulevard, Suite #100 Building 2, Austin, Texas 78717. Nvidia conducts business in Texas, and has a registered agent in Texas, where it may be served with process via its registered agent, Corporation Service Company d/b/a/ CSC-Lawyers Incorporated, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

3.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

4.     This Court has specific and personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, Defendant has sufficient minimum contacts with the forum because Defendant has physical locations and transacts substantial business in the State of Texas and in this Judicial District. Further, Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below.

5.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b). Nvidia is registered to do business in Texas and, upon information and belief, Nvidia has transacted business in this Judicial District, has committed acts of direct and indirect infringement in this Judicial District, and has regular and established places of business in this Judicial District, as set forth above. Nvidia is subject to personal jurisdiction in this Judicial District and has committed acts of patent infringement in this Judicial District. On information and belief, Nvidia through its own acts and/or through the acts of others, makes, uses, sells, offers to sell, and/or imports infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District, such that this venue is a fair and reasonable one. Defendant has a regular and established place of business in this District, including at least a facility located at 11001 Lakeline Boulevard, Suite #100 Building 2, Austin, Texas 78717.

## PATENTS-IN-SUIT

6.     On March 1, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,274,960 (the "'960 Patent") entitled "System and Method for Simplifying Cache Coherence Using Multiple Write Policies." A true and correct copy of the '960 Patent is attached as Exhibit A.

7.     On July 20, 2021, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,068,410 (the "'410 Patent") entitled "Multi-Core Computer Systems With Private/Shared Cache Line Indicators." A true and correct copy of the '410 Patent is attached as Exhibit B.

8.     On June 18, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,324,861 (the "'861 Patent") entitled "Systems and Methods for Coherence in Clustered Cache Hierarchies." A true and correct copy of the '861 Patent is attached as Exhibit C.

9.     On November 30, 2021, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,188,464 (the "'464 Patent") entitled "System and Method for Self-Invalidation, Self-Downgrade CacheCoherence Protocols." A true and correct copy of the '464 Patent is attached as Exhibit D.

10.     On January 7, 2020, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,528,471 (the "'471 Patent") entitled "System and Method for Self-Invalidation, Self-Downgrade CacheCoherence Protocols". A true and correct copy of the '471 Patent is attached as Exhibit E.

11.     Collectively, the '960 Patent, the '410 Patent, the '861 Patent, the '464 Patent, and the '471 Patent are referred to as the "Patents-in-Suit" or "Asserted Patents." Array Cache is the

sole and exclusive owner of all right, title, and interest to and in the Patents-in-Suit, and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Array Cache also has the right to recover all damages for infringement of the Patents-in-Suit as appropriate under the law.

12.    Array Cache has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. Upon information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

13.    The Asserted Patents generally relate to the field of cache coherence in multiprocessor systems. The technology described in the Asserted Patents was developed by Alberto Ros, Ph.D. and Stefanos Kaxiras, Ph.D of ETA Scale, AB. By way of example, the technology of the Asserted Patents is implemented to improve processing speed and efficiency in graphical processing units sold by Nvidia.

14.    Nvidia has further had knowledge and notice of the Asserted Patents, and its infringement thereof, at least as of the filing of this Complaint.

15.    Nvidia has infringed and is continuing to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, graphical processing units, SoCs, and processors including, but not limited to, DGX Systems, Grace Systems, HGX Systems, IGX Systems, MGX Systems, OVX Systems, Jetson Systems, AGX Systems, and GeForce Graphics Cards since November, 2019.

## COUNT I
### (Infringement of the '960 Patent)

16.    Paragraphs 1 through 15 are incorporated by reference as if fully set forth herein.

17.    Array Cache has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '960 Patent.

18.    Nvidia has and continues to directly infringe the '960 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '960 Patent. These products include at least Grace Hopper GH200.

19.    For example, Defendant has and continues to directly infringe at least claim 1 of the '960 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a computer system comprising: multiple processor cores; a main memory; at least one local cache memory associated with and operatively coupled to each core for storing cache lines accessible only by the associated core, each of the cache lines being classified as either a shared cache line or a private cache line; and a global cache memory, the global cache memory being operatively coupled to the local cache memories and main memory and accessible by the cores, the global cache memory being capable of storing a plurality of cache lines, and wherein when a core writes a cache line, the core performs a write-back to the associated local cache memory if the cache line is a private cache line and a write-through to the global cache memory if the cache line is a shared cache line, wherein at least one of the shared cache lines are in a valid state, an invalid state, or a transient dirty state, and wherein a shared cache line in a local cache memory transitions to the transient dirty state from the valid state or the invalid state when the cache line is written by the associated core, and wherein a shared cache line in the transient dirty state transitions to the valid state with a self-initiated write-through to the global cache memory.

20.    Every Accused Product comprises a computer system comprising multiple processor cores. For example, the GH200 comprises 132 GPU streaming multiprocessors, each comprising 128 CUDA cores, and 72 CPU cores.



Figure 1.    NVIDIA GH200 Grace Hopper Superchip Logical Overview

Source: https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper

21.    Every Accused Product comprises a main memory. For example, the GH200 comprises LPDDR5X and HBM3 memory modules, and implements NVLink-C2C for interconnection between both memory and both GPU and CPU cores.

Table 1.    NVIDIA GH200 Grace Hopper Superchip Key Features

| Feature | Description |
|---|---|
| Grace CPU cores (number) | Up to 72 cores |
| CPU LPDDR5X bandwidth (GB/s) | Up to 500GB/s |
| GPU HBM bandwidth (GB/s) | 4TB/s HBM3<br>4.9TB/s HBM3e |
| NVLink-C2C bandwidth (GB/s) | 900GB/s total, 450GB/s per direction |
| CPU LPDDR5X capacity (GB) | Up to 480GB |
| GPU HBM capacity (GB) | 96GB HBM3<br>144GB HBM3e |
| PCIe Gen 5 Lanes | 64x |

https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper

6

22.     Every Accused Product comprises at least one local cache memory associated with and operatively coupled to each core for storing cache lines accessible only by the associated core, each of the cache lines being classified as either a shared cache line or a private cache line. For example, the GH200 comprises a dedicated local cache memory for each CPU and GPU core (*e.g.*, L1 and/or L2 cache memory) for storing cache lines which are directly accessible by each respective core.

### Product Specifications

| Feature | GH200 | GH200 NVL2 |
|---|---|---|
| CPU core count | 72 Arm Neoverse V2 cores | 144 Arm Neoverse V2 cores |
| L1 cache | 64KB i-cache + 64KB d-cache | |
| L2 cache | 1MB per core | |
| L3 cache | 114MB | 228MB |
| Base frequency \| all-core single instruction, multiple data (SIMD) frequency | 3.1GHz \| 3.0GHz | |
| LPDDR5X size | 480GB<br>120GB, 240GB | 960GB<br>240GB, 480GB |
| Memory bandwidth | Up to 384GB/s<br>Up to 512GB/s | Up to 768GB/s<br>Up to 1024GB/s |
| PCIe links | Up to 4x PCIe x16 (Gen5) | Up to 8x PCIe x16 (Gen5) |

https://resources.nvidia.com/en-us-grace-cpu/grace-hopper-superchip?ncid=no-ncid

*See also*:

Table 30: Cache Operators for Memory Load Instructions

| Operator | Meaning |
|---|---|
| .ca | Cache at all levels, likely to be accessed again. |
| | The default load instruction cache operation is ld.ca, which allocates cache lines in all levels (L1 and L2) with normal eviction policy. Global data is coherent at the L2 level, but multiple L1 caches are not coherent for global data. If one thread stores to global memory via one L1 cache, and a second thread loads that address via a second L1 cache with ld.ca, the second thread may get stale L1 cache data, rather than the data stored by the first thread. The driver must invalidate global L1 cache lines between dependent grids of parallel threads. Stores by the first grid program are then correctly fetched by the second grid program issuing default ld.ca loads cached in L1. |
| .cg | Cache at global level (cache in L2 and below, not L1). |
| | Use ld.cg to cache loads only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| .cs | Cache streaming, likely to be accessed once. |
| | The ld.cs load cached streaming operation allocates global lines with evict-first policy in L1 and L2 to limit cache pollution by temporary streaming data that may be accessed once or twice. When ld.cs is applied to a Local window address, it performs the ld.lu operation. |
| .lu | Last use. |
| | The compiler/programmer may use ld.lu when restoring spilled registers and popping function stack frames to avoid needless write-backs of lines that will not be used again. The ld.lu instruction performs a load cached streaming operation ( ld.cs ) on global addresses. |
| .cv | Don't cache and fetch again (consider cached system memory lines stale, fetch again). |
| | The ld.cv load operation applied to a global System Memory address invalidates (discards) a matching L2 line and re-fetches the line on each new load. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#control-flow-instructions-bra

23.     Every Accused Product comprises a global cache memory, the global cache memory being operatively coupled to the local cache memories and main memory and accessible by the cores, the global cache memory being capable of storing a plurality of cache lines. For example, the GH200 comprises global cache memory, such as L2 and/or L3 cache memory, which is capable of storing a plurality of cache lines. The L2 and/or L3 cache memory is operatively coupled to the aforementioned local cache memories and main memories accessible by the cores *via* NVLink-C2C, and further via the Nvidia CUDA parallel thread execution instruction set architecture (*e.g.*, with respect to GPU cores) and via the ARM Amba Coherent Hub Interface (AMBA CHI) (*e.g.*, with respect to CPU cores). For example, the ARM CPU of the GH200 comprises global L3 cache. For example, the Nvidia CUDA GPU of the GH200 either comprises global L3 cache, or supports global L2 cache, as discussed in materials excerpted above.



Figure 8.        ATS in an NVIDIA Grace Hopper Superchip System

NVIDIA NVLink-C2C hardware-coherency enables the Grace CPU to cache GPU memory at cache-line granularity and for the GPU and CPU to access each other's memory without page-migrations. NVLink-C2C also accelerates all atomic operations supported by the CPU and GPU on system-allocated memory. Scoped atomic operations are fully supported and enable fine-grained and scalable synchronization across all threads in the system.

https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper



Figure 3: *Memory Hierarchy*

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#programming-model

24.    Every Accused Product comprises a system wherein when a core writes a cache line, the core performs a write-back to the associated local cache memory if the cache line is a private cache line and a write-through to the global cache memory if the cache line is a shared cache line. For example, the GH200 supports cache operators for memory store operations including cache write-backs for all coherent levels, which include a write back to associated L1 or L2 memory if a cache line is a private cache line, or a write through to the global L2 or L3 cache memory if the cache line is a shared cache line.

| Operator | Meaning |
|---|---|
| .wb | Cache write-back all coherent levels. <br><br> The default store instruction cache operation is `st.wb`, which writes back cache lines of coherent cache levels with normal eviction policy. <br><br> If one thread stores to global memory, bypassing its L1 cache, and a second thread in a different SM later loads from that address via a different L1 cache with `ld.ca`, the second thread may get a hit on stale L1 cache data, rather than get the data from L2 or memory stored by the first thread. <br><br> The driver must invalidate global L1 cache lines between dependent grids of thread arrays. Stores by the first grid program are then correctly missed in L1 and fetched by the second grid program issuing default `ld.ca` loads. |
| .cg | Cache at global level (cache in L2 and below, not L1). <br><br> Use `st.cg` to cache global store data only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| .cs | Cache streaming, likely to be accessed once. <br><br> The `st.cs` store cached-streaming operation allocates cache lines with evict-first policy to limit cache pollution by streaming output data. |
| .wt | Cache write-through (to system memory). <br><br> The `st.wt` store write-through operation applied to a global System Memory address writes through the L2 cache. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#control-flow-instructions-bra

**CHI cache line states**

CHI uses a similar coherency model to ACE, adding support for snoop filters and directory-based systems for snoop scaling.

CHI also uses the same terms as ACE to define cache states and adds partial and empty cache line states. The cache line states terms are:

- Valid and Invalid to describe whether a cache line is present in a local cache or not.
- If a cache line is Valid, it must be either Unique or Shared:
  - Unique means that the cache line is present in this cache only and is not present in any other requester local cache. A store to a local cache line can only happen when it is held in a Unique state.
  - Shared means that the cache line is present in this cache and may or may not be present in other requester local caches.
- If a cache line is Valid, it must be either Clean or Dirty:
  - Clean means that the cache is not responsible for updating Main Memory. The cache line can still hold a different value to Main Memory as a result of a previous update in another cache.
  - Dirty means that the cache line has been modified with respect to Main Memory. When this line is evicted from this cache, the requester must ensure either that Main Memory is updated, or that the Dirty responsibility is passed to another component in the system.
- A line can be in a Partial and Empty state:
  - An Empty cache line has no Valid bytes of data, but the ownership of the line still belongs to a requester.
  - A Partial cache line can have some bytes valid, which includes none or all bytes. This is because the state is updated but valid bytes have not been written yet, or because all bytes have been written but the state has not been updated. There are additional restrictions to the responses that can be given when a line in this state is snooped.

https://developer.arm.com/documentation/102407/latest/

25.    Every Accused Product comprises a system wherein at least one of the shared cache lines are in a valid state, an invalid state, or a transient dirty state. For example, the GH200 comprises shared cache lines which support states of invalid, valid, or transient dirty states as demonstrated in material excerpted below. The GPU of the GH200 supports transient dirty states in addition to valid and invalid states, in the same manner as the ARM CPU. For example, the GPU utilizes a relaxed memory consistency model with synchronization points across GPU cores.



The figure contains the following cache line states:

**Invalid**

    The cache line is not present in the cache.

**Unique Dirty**

    This cache line only exists in this cache only and is modified with respect to Main Memory. In this state the requester can perform a write to the cache line, because the line is already in a Unique state. If a snoop instructs it, the cache line must be forwarded to the Requester.

**Unique Dirty Partial**

    This cache line exists in this cache only and is considered modified with respect to Main Memory. It can have some bytes valid, where some includes none or all bytes. In this state, the requester can perform a write to the cache line because the line is already in a Unique state. In response to a snoop, the cache line cannot be forwarded directly to the original requester, even when instructed to by the snoop.

**Shared Dirty**

    This cache line has been modified with respect to main memory, and this particular cache has the responsibility to update main memory. Because the cache line is Shared, it might exist in one or more local caches, but this is not guaranteed. If the line is present in multiple caches, these caches will have this line in Shared Clean.

**Unique Clean**

    The cache line has not been modified with respect to Main Memory, and only exists in a single local cache. It can be modified without notifying other caches.

Source: https://developer.arm.com/documentation/102407/latest/

The `.relaxed` and `.acquire` qualifiers indicate memory synchronization as described in the Memory Consistency Model. The `.scope` qualifier indicates the set of threads with which an `ld.relaxed` or `ld.acquire` instruction can directly synchronize[1]. The `.weak` qualifier indicates a memory instruction with no synchronization. The effects of this instruction become visible to other threads only when synchronization is established by other means.

The semantic details of `.mmio` qualifier are described in the Memory Consistency Model. Only `.sys` thread scope is valid for `ld.mmio` operation. The qualifiers `.mmio` and `.relaxed` must be specified together.

The semantic details of `.volatile` qualifier are described in the Memory Consistency Model.

The `.weak`, `.volatile`, `.relaxed` and `.acquire` qualifiers are mutually exclusive. When none of these is specified, the `.weak` qualifier is assumed by default.

The qualifiers `.volatile`, `.relaxed` and `.acquire` may be used only with `.global` and `.shared` spaces and with generic addressing, where the address points to `.global` or `.shared` space. Cache operations are not permitted with these qualifiers. The qualifier `.mmio` may be used only with `.global` space and with generic addressing, where the address points to `.global` space.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#control-flow-instructions-bra

**Description**

Performs barrier synchronization and communication within a CTA. Each CTA instance has sixteen barriers numbered `0..15`.

`barrier{.cta}` instructions can be used by the threads within the CTA for synchronization and communication.

Operands `a`, `b`, and `d` have type `.u32`; operands `p` and `c` are predicates. Source operand `a` specifies a logical barrier resource as an immediate constant or register with value `0` through `15`. Operand `b` specifies the number of threads participating in the barrier. If no thread count is specified, all threads in the CTA participate in the barrier. When specifying a thread count, the value must be a multiple of the warp size. Note that a non-zero thread count is required for `barrier{.cta}.arrive`.

Depending on operand `b`, either specified number of threads (in multiple of warp size) or all threads in the CTA participate in `barrier{.cta}` instruction. The `barrier{.cta}` instructions signal the arrival of the executing threads at the named barrier.

`barrier{.cta}` instruction causes executing thread to wait for all non-exited threads from its warp and marks warps' arrival at barrier. In addition to signaling its arrival at the barrier, the `barrier{.cta}.red` and `barrier{.cta}.sync` instructions causes executing thread to wait for non-exited threads of all other warps participating in the barrier to arrive. `barrier{.cta}.arrive` does not cause executing thread to wait for threads of other participating warps.

When a barrier completes, the waiting threads are restarted without delay, and the barrier is reinitialized so that it can be immediately reused.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#control-flow-instructions-bra

## 8.4.2. volatile Operation

A *volatile* operation is a memory operation with `.volatile` qualifier specified. The semantics of volatile operations are equivalent to a relaxed memory operation with system-scope but with the following extra implementation-specific constraints:

> The number of volatile *instructions* (not operations) executed by a program is preserved. Hardware may combine and merge volatile *operations* issued by multiple different volatile *instructions*, that is, the number of volatile *operations* in the program is not preserved.

> Volatile *instructions* are not re-ordered around other volatile *instructions*, but the memory *operations* performed by those *instructions* may be re-ordered around each other.

> ⓘ **Note**

PTX volatile operations are intended for compilers to lower volatile read and write operations from CUDA C++, and other programming languages sharing CUDA C++ volatile semantics, to PTX.

Since volatile operations are relaxed at system-scope with extra constraints, prefer using other **strong** read or write operations (e.g. `ld.relaxed.sys` or `st.relaxed.sys`) for **Inter-Thread Synchronization** instead, which may deliver better performance.

PTX volatile operations are not suited for **Memory Mapped IO (MMIO)** because volatile operations do not preserve the number of memory operations performed, and may perform more or less operations than requested in a non-deterministic way. Use `.mmio operations`⧉ instead, which strictly preserve the number of operations performed.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model

26.     Every Accused Product comprises a system wherein a shared cache line in a local cache memory transitions to the transient dirty state from the valid state or the invalid state when the cache line is written by the associated core, and wherein a shared cache line in the transient dirty state transitions to the valid state with a self-initiated write-through to the global cache memory. For example, in the GH200, a shared cache line in a local cache memory (*e.g.*, in L1 or L2 cache line associated with a CPU or CPU core) transitions to the transient dirty state from the

valid or invalid state when the cache line is written by the associated core (*e.g.*, when the cache line is written by the associated GPU or CPU core), and a shared cache line in the transient dirty state transitions to valid with a self-initiated write-through to global cache memory (*e.g.*, L2 and/or L3 cache memory, as discussed above). For example, the AMBA CHI protocol provides the coherent interconnect mechanism between multiple cores that ensures cache coherence by defining multiple cache states including valid, clean, dirty, invalid, unique clean, and shared clean. These cache lines perform memory transitions, and the status of these cache lines is defined accordingly (for e.g., valid, invalid, dirty states, as discussed above). The cache operators for memory store instructions and relaxed memory model of the CUDA GPUs implemented in the GH200 demonstrate the memory transitions are handled in the same manner.

Table 28: Cache Operators for Memory Store Instructions

| Operator | Meaning |
|---|---|
| .wb | Cache write-back all coherent levels.<br>The default store instruction cache operation is st.wb, which writes back cache lines of coherent cache levels with normal eviction policy.<br>If one thread stores to global memory, bypassing its L1 cache, and a second thread in a different SM later loads from that address via a different L1 cache with ld.ca, the second thread may get a hit on stale L1 cache data, rather than get the data from L2 or memory stored by the first thread.<br>The driver must invalidate global L1 cache lines between dependent grids of thread arrays. Stores by the first grid program are then correctly missed in L1 and fetched by the second grid program issuing default ld.ca loads. |
| .cg | Cache at global level (cache in L2 and below, not L1).<br>Use st.cg to cache global store data only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| .cs | Cache streaming, likely to be accessed once.<br>The st.cs store cached-streaming operation allocates cache lines with evict-first policy to limit cache pollution by streaming output data. |
| .wt | Cache write-through (to system memory).<br>The st.wt store write-through operation applied to a global System Memory address writes through the L2 cache. |

Source: https://docs.nvidia.com/cuda/pdf/ptx_isa_8.5.pdf

14

## 8.9. Ordering of memory operations

The sequence of operations performed by each thread is captured as *program order* while *memory synchronization* across threads is captured as *causality order*. The visibility of the side-effects of memory operations to other memory operations is captured as *communication order*. The memory consistency model defines contradictions that are disallowed between communication order on the one hand, and *causality order* and *program order* on the other.

### 8.9.1. Program Order

The *program order* relates all operations performed by a thread to the order in which a sequential processor will execute instructions in the corresponding PTX source. It is a transitive relation that forms a total order over the operations performed by the thread, but does not relate operations from different threads.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model

### 8.9.4. Memory synchronization

Synchronizing operations performed by different threads synchronize with each other at runtime as described here. The effect of such synchronization is to establish *causality order* across threads.

1. A `fence.sc` operation X *synchronizes* with a `fence.sc` operation Y if X precedes Y in the *Fence-SC* order.
2. A `bar{.cta}.sync` or `bar{.cta}.red` or `bar{.cta}.arrive` operation *synchronizes* with a `bar{.cta}.sync` or `bar{.cta}.red` operation executed on the same barrier.
3. A `barrier.cluster.arrive` operation synchronizes with a `barrier.cluster.wait` operation.
4. A *release* pattern X *synchronizes* with an *acquire* pattern Y, if a *write* operation in X precedes a *read* operation in Y in *observation order*, and the first operation in X and the last operation in Y are *morally strong*.

**API synchronization**

A *synchronizes* relation can also be established by certain CUDA APIs.

1. Completion of a task enqueued in a CUDA stream *synchronizes* with the start of the following task in the same stream, if any.
2. For purposes of the above, recording or waiting on a CUDA event in a stream, or causing a cross-stream barrier to be inserted due to `cudaStreamLegacy`, enqueues tasks in the associated streams even if there are no direct side effects. An event record task *synchronizes* with matching event wait tasks, and a barrier arrival task *synchronizes* with matching barrier wait tasks.
3. Start of a CUDA kernel *synchronizes* with start of all threads in the kernel. End of all threads in a kernel *synchronize* with end of the kernel.
4. Start of a CUDA graph *synchronizes* with start of all source nodes in the graph. Completion of all sink nodes in a CUDA graph *synchronizes* with completion of the graph. Completion of a graph node *synchronizes* with start of all nodes with a direct dependency.
5. Start of a CUDA API call to enqueue a task *synchronizes* with start of the task.
6. Completion of the last task queued to a stream, if any, *synchronizes* with return from `cudaStreamSynchronize`. Completion of the most recently queued matching event record task, if any, *synchronizes* with return from `cudaEventSynchronize`. Synchronizing a CUDA device or context behaves as if synchronizing all streams in the context, including ones that have been destroyed.
7. Returning `cudaSuccess` from an API to query a CUDA handle, such as a stream or event, behaves the same as return from the matching synchronization API.

In addition to establishing a *synchronizes* relation, the CUDA API synchronization mechanisms above also participate in *proxy-preserved base causality order*.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model

### 8.9.6. Coherence Order 🔗

There exists a partial transitive order that relates *overlapping* write operations, determined at runtime, called the *coherence order*[1]. Two *overlapping* write operations are related in *coherence order* if they are *morally strong* or if they are related in *causality order*. Two *overlapping* writes are unrelated in *coherence order* if they are in a *data-race*, which gives rise to the partial nature of *coherence order*.

[1] *Coherence order* cannot be observed directly since it consists entirely of write operations. It may be observed indirectly by its use in constraining the set of candidate writes that a read operation may read from.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model

27.    Nvidia indirectly infringes one or more claims of the '960 Patent by knowingly and intentionally inducing others, including Nvidia customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

28.    Nvidia indirectly infringes one or more claims of the '960 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia's customers and end-users, in this District and elsewhere in the United States. For example, Nvidia's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '960 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[1] Because of Nvidia's inducement, Nvidia's customers and end-users use the Accused Products in a way Nvidia intends and directly infringe the '960 Patent. Nvidia performs these affirmative acts with knowledge of the '960 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '960 Patent.

29.    Nvidia indirectly infringes one or more claims of the '960 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and

---

[1] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints

offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '960 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '960 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '960 Patent. Nvidia performs these affirmative acts with knowledge of the '960 Patent and with intent, or willful blindness, that it causes the direct infringement of the '960 Patent.

30.     Array Cache has suffered damages as a result of Defendant's direct and indirect infringement of the '960 Patent in an amount to be proved at trial.

## COUNT II
### (Infringement of the '410 Patent)

31.     Paragraphs 1 through 15 are incorporated by reference as if fully set forth herein.

32.     Array Cache has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '410 Patent.

33.     Nvidia has and continues to directly infringe the '410 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '410 Patent. These products include at least Nvidia's Grace Hopper GH200.

34.     For example, Defendant has and continues to directly infringe at least claim 1 of the '410 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a computer system comprising:  multiple processor cores; at least one local cache memory associated with, and operatively coupled to, a respective one of the multiple

processor cores for storing one or more cache lines of data accessible only by the associated core; at least one intermediary cache memory which is coupled to a subset of the multiple processor cores and which stores one or more cache lines of data; and at least one shared memory, the shared memory being operatively coupled to all of the cores and which stores multiple data blocks, wherein each cache line has a bit that signifies whether this cache line is private or shared in said shared memory, wherein a common shared level is identified among the at least one intermediary cache memory and the at least one shared memory, the identifying being based on which of the at least one intermediary cache memory and the at least one shared memory is shared between two of the multiple processor cores, wherein the common shared level is a level within computer system memory where a bit's value for a memory block becomes shared from being private in levels closer to local cache memory, wherein a cache coherence operation is selected among a plurality of cache coherence operations based on said common shared level being identified, and wherein said cache coherence operation is performed upon the occurrence of a coherence event.

35.    Every Accused Product comprises a computer system comprising: multiple processor cores. For example, the GH200 comprises 132 GPU streaming multiprocessors, each comprising 128 CUDA cores, and 72 CPU cores.



Figure 1.      NVIDIA GH200 Grace Hopper Superchip Logical Overview

Source: https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper

36.      Every Accused Product comprises at least one local cache memory associated with, and operatively coupled to, a respective one of the multiple processor cores for storing one or more cache lines of data accessible only by the associated core. For example, the GH200 comprises at least one L1 cache memory associated with and operatively coupled to each processor core for storing one more cache lines of data accessible only by the associated core. For example, L1 cache lines of the GH200 are private to their respective cores.

**Product Specifications**

| Feature | GH200 | GH200 NVL2 |
|---|---|---|
| CPU core count | 72 Arm Neoverse V2 cores | 144 Arm Neoverse V2 cores |
| L1 cache | 64KB i-cache + 64KB d-cache | |
| L2 cache | 1MB per core | |
| L3 cache | 114MB | 228MB |
| Base frequency \| all-core single instruction, multiple data (SIMD) frequency | 3.1GHz \| 3.0GHz | |
| LPDDR5X size | 480GB<br>120GB, 240GB | 960GB<br>240GB, 480GB |
| Memory bandwidth | Up to 384GB/s<br>Up to 512GB/s | Up to 768GB/s<br>Up to 1024GB/s |
| PCIe links | Up to 4x PCIe x16 (Gen5) | Up to 8x PCIe x16 (Gen5) |

https://resources.nvidia.com/en-us-grace-cpu/grace-hopper-superchip?ncid=no-ncid

*See also*:

Table 30: Cache Operators for Memory Load Instructions

| Operator | Meaning |
|---|---|
| .ca | Cache at all levels, likely to be accessed again.<br><br>The default load instruction cache operation is ld.ca, which allocates cache lines in all levels (L1 and L2) with normal eviction policy. Global data is coherent at the L2 level, but multiple L1 caches are not coherent for global data. If one thread stores to global memory via one L1 cache, and a second thread loads that address via a second L1 cache with ld.ca, the second thread may get stale L1 cache data, rather than the data stored by the first thread. The driver must invalidate global L1 cache lines between dependent grids of parallel threads. Stores by the first grid program are then correctly fetched by the second grid program issuing default ld.ca loads cached in L1. |
| .cg | Cache at global level (cache in L2 and below, not L1).<br><br>Use ld.cg to cache loads only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| .cs | Cache streaming, likely to be accessed once.<br><br>The ld.cs load cached streaming operation allocates global lines with evict-first policy in L1 and L2 to limit cache pollution by temporary streaming data that may be accessed once or twice. When ld.cs is applied to a Local window address, it performs the ld.lu operation. |
| .lu | Last use.<br><br>The compiler/programmer may use ld.lu when restoring spilled registers and popping function stack frames to avoid needless write-backs of lines that will not be used again. The ld.lu instruction performs a load cached streaming operation ( ld.cs ) on global addresses. |
| .cv | Don't cache and fetch again (consider cached system memory lines stale, fetch again).<br><br>The ld.cv load operation applied to a global System Memory address invalidates (discards) a matching L2 line and re-fetches the line on each new load. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#control-flow-instructions-bra

37.    Every Accused Product comprises at least one intermediary cache memory which is coupled to a subset of the multiple processor cores and which stores one or more cache lines of data. For example, the GH200 comprises at least one intermediary L2 or L3 cache memory which is coupled to a subset of the multiple processor cores (*e.g.*, is coupled to multiple CPU or GPU cores), and which stores one or more cache lines of data.



Figure 8.    ATS in an NVIDIA Grace Hopper Superchip System

NVIDIA NVLink-C2C hardware-coherency enables the Grace CPU to cache GPU memory at cache-line granularity and for the GPU and CPU to access each other's memory without page-migrations. NVLink-C2C also accelerates all atomic operations supported by the CPU and GPU on system-allocated memory. Scoped atomic operations are fully supported and enable fine-grained and scalable synchronization across all threads in the system.

https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper



Figure 6: *Memory Hierarchy*

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

38.     Every Accused Product comprises at least one shared memory, the shared memory being operatively coupled to all of the cores and which stores multiple data blocks. For example, the GH200 comprises a shared memory (e.g., for each cluster), interconnect cache, and/or global memory operatively coupled to all of the cores which store multiple data blocks, as depicted above. For example, each cluster comprises multiple data blocks with respect to both CPU and GPU cores.

### 5.2.1. Thread Block Clusters

With the introduction of NVIDIA Compute Capability 9.0, the CUDA programming model introduces an optional level of hierarchy called Thread Block Clusters that are made up of thread blocks. Similar to how threads in a thread block are guaranteed to be co-scheduled on a streaming multiprocessor, thread blocks in a cluster are also guaranteed to be co-scheduled on a GPU Processing Cluster (GPC) in the GPU.

Similar to thread blocks, clusters are also organized into a one-dimension, two-dimension, or three-dimension grid of thread block clusters as illustrated by Figure 5. The number of thread blocks in a cluster can be user-defined, and a maximum of 8 thread blocks in a cluster is supported as a portable cluster size in CUDA. Note that on GPU hardware or MIG configurations which are too small to support 8 multiprocessors the maximum cluster size will be reduced accordingly. Identification of these smaller configurations, as well as of larger configurations supporting a thread block cluster size beyond 8, is architecture-specific and can be queried using the `cudaOccupancyMaxPotentialClusterSize` API.



Figure 5: *Grid of Thread Block Clusters*

> ⓘ **Note**
>
> In a kernel launched using cluster support, the gridDim variable still denotes the size in terms of number of thread blocks, for compatibility purposes. The rank of a block in a cluster can be found using the Cluster Group API.

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

### 5.2.2. Blocks as Clusters

With `__cluster_dims__`, the number of launched clusters is kept implicit and can only be calculated manually.

```
__cluster_dims__((2, 2, 2)) __global__ void foo();

// 8x8x8 clusters each with 2x2x2 thread blocks.
foo<<<dim3(16, 16, 16), dim3(1024, 1, 1)>>>();
```

In the above example, the kernel is launched as a grid of 16x16x16 thread blocks, or in fact a grid of 8x8x8 clusters. Alternatively, with another compile-time kernel attribute `__block_size__`, one is allowed to launch a grid explicitly configured with the number of thread block clusters.

```
// Implementation detail of how many threads per block and blocks per cluster
// is handled as an attribute of the kernel.
__block_size__((1024, 1, 1), (2, 2, 2)) __global__ void foo();

// 8x8x8 clusters.
foo<<<dim3(8, 8, 8)>>>();
```

`__block_size__` requires two fields each being a tuple of 3 elements. The first tuple denotes block dimension and second cluster size. The second tuple is assumed to be `(1,1,1)` if it's not passed. To specify the stream, one must pass `1` and `0` as the second and third arguments within `<<<>>>` and lastly the stream. Passing other values would lead to undefined behavior.

Note that it is illegal for the second tuple of `__block_size__` and `__cluster_dims__` to be specified at the same time. When the second tuple of `__block_size__` is specified, it implies the "Blocks as Clusters" being enabled and the compiler would recognize the first argument inside `<<<>>>` as the number of clusters instead of thread blocks.

https://docs.nvidia.com/cuda/cuda-c-programming-guide/



ARM AMBA CHI Architecture Specification, Chapter B11

39.     Every Accused Product comprises a system wherein each cache line has a bit that signifies whether this cache line is private or shared in said shared memory. For example, each

cache line of the GH200 includes a bit corresponding with a value identifying the cache line as private (*e.g.*, unique) or shared.

## 10.14. Atomic Functions

An atomic function performs a read-modify-write atomic operation on one 32-bit, 64-bit, or 128-bit word residing in global or shared memory. In the case of `float2` or `float4`, the read-modify-write operation is performed on each element of the vector residing in global memory. For example, `atomicAdd()` reads a word at some address in global or shared memory, adds a number to it, and writes the result back to the same address. Atomic functions can only be used in device functions.

The atomic functions described in this section have ordering `cuda::memory_order_relaxed` and are only atomic at a particular `scope` :

> Atomic APIs with `_system` suffix (example: `atomicAdd_system` ) are atomic at scope `cuda::thread_scope_system` if they meet particular conditions .
> Atomic APIs without a suffix (example: `atomicAdd` ) are atomic at scope `cuda::thread_scope_device` .
> Atomic APIs with `_block` suffix (example: `atomicAdd_block` ) are atomic at scope `cuda::thread_scope_block` .

In the following example both the CPU and the GPU atomically update an integer value at address `addr` :

https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints

### 13.2.2.1.4. Shared and Local Memory

Shared and Local memory is private to a thread block or thread, respectively, and is not visible or coherent between parent and child. Behavior is undefined when an object in one of these locations is referenced outside of the scope within which it belongs, and may cause an error.

The NVIDIA compiler will attempt to warn if it can detect that a pointer to local or shared memory is being passed as an argument to a kernel launch. At runtime, the programmer may use the `__isGlobal()` intrinsic to determine whether a pointer references global memory and so may safely be passed to a child launch.

Note that calls to `cudaMemcpy*Async()` or `cudaMemset*Async()` may invoke new child kernels on the device in order to preserve stream semantics. As such, passing shared or local memory pointers to these APIs is illegal and will return an error.

### 13.2.2.1.5. Local Memory

Local memory is private storage for an executing thread, and is not visible outside of that thread. It is illegal to pass a pointer to local memory as a launch argument when launching a child kernel. The result of dereferencing such a local memory pointer from a child will be undefined.

For example the following is illegal, with undefined behavior if `x_array` is accessed by `child_launch` :

```
int x_array[10];       // Creates x_array in parent's local memory
child_launch<<< 1, 1 >>>(x_array);
```

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

## CHI cache line states

CHI uses a similar coherency model to ACE, adding support for snoop filters and directory-based systems for snoop scaling.

CHI also uses the same terms as ACE to define cache states and adds partial and empty cache line states. The cache line states terms are:

- Valid and Invalid to describe whether a cache line is present in a local cache or not.
- If a cache line is Valid, it must be either Unique or Shared:
  - Unique means that the cache line is present in this cache only and is not present in any other requester local cache. A store to a local cache line can only happen when it is held in a Unique state.
  - Shared means that the cache line is present in this cache and may or may not be present in other requester local caches.
- If a cache line is Valid, it must be either Clean or Dirty:
  - Clean means that the cache is not responsible for updating Main Memory. The cache line can still hold a different value to Main Memory as a result of a previous update in another cache.
  - Dirty means that the cache line has been modified with respect to Main Memory. When this line is evicted from this cache, the requester must ensure either that Main Memory is updated, or that the Dirty responsibility is passed to another component in the system.
- A line can be in a Partial and Empty state:
  - An Empty cache line has no Valid bytes of data, but the ownership of the line still belongs to a requester.
  - A Partial cache line can have some bytes valid, which includes none or all bytes. This is because the state is updated but valid bytes have not been written yet, or because all bytes have been written but the state has not been updated. There are additional restrictions to the responses that can be given when a line in this state is snooped.

https://developer.arm.com/documentation/102407/0102/CHI-protocol-fundamentals

*See also*:

<span style="color:green">9.7.9.8. Data Movement and Conversion Instructions:</span> `ld`

`ld`

Load a register variable from an addressable state space variable.

**Syntax**

```
ld{.weak}{.ss}{.cop}{.level::cache_hint}{.level::prefetch_size}{.vec}.type  d, [a]{.unified}{, cache-policy};

ld{.weak}{.ss}{.level1::eviction_priority}{.level2::eviction_priority}{.level::cache_hint}{.level::prefetch_size}{.vec}.type  d, [a]{.unified}{, cache

ld.volatile{.ss}{.level::prefetch_size}{.vec}.type  d, [a];

ld.relaxed.scope{.ss}{.level1::eviction_priority}{.level2::eviction_priority}{.level::cache_hint}{.level::prefetch_size}{.vec}.type  d, [a]{, cache-po

ld.acquire.scope{.ss}{.level1::eviction_priority}{.level2::eviction_priority}{.level::cache_hint}{.level::prefetch_size}{.vec}.type  d, [a]{, cache-po

ld.mmio.relaxed.sys{.global}.type  d, [a];

.ss =                      { .const, .global, .local, .param{::entry, ::func}, .shared{::cta, ::cluster} };
.cop =                     { .ca, .cg, .cs, .lu, .cv };
.level1::eviction_priority = { .L1::evict_normal, .L1::evict_unchanged,
                             .L1::evict_first, .L1::evict_last, .L1::no_allocate };
.level2::eviction_priority = { .L2::evict_normal, .L2::evict_first, .L2::evict_last};
.level::cache_hint =       { .L2::cache_hint };
.level::prefetch_size =    { .L2::64B, .L2::128B, .L2::256B }
.scope =                   { .cta, .cluster, .gpu, .sys };
.vec =                     { .v2, .v4, .v8 };
.type =                    { .b8, .b16, .b32, .b64, .b128,
                             .u8, .u16, .u32, .u64,
                             .s8, .s16, .s32, .s64,
                             .f32, .f64 };
```

https://docs.nvidia.com/cuda/parallel-thread-execution/#data-movement-and-conversion-instructions-*ld*

40.     Every Accused Product comprises a system wherein a common shared level is identified among the at least one intermediary cache memory and the at least one shared memory,

the identifying being based on which of the at least one intermediary cache memory and the at least one shared memory is shared between two of the multiple processor cores. For example, the GH200 implements thread clusters in which a common shared level (*e.g.*, shared or global memory) is identified among the at least one aforementioned intermediary cache and shared memory based on which one is shared among two of the multiple processor cores (*e.g.*, cores of a given cluster).



Figure 6: *Memory Hierarchy*

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

### 11.8.1. Miscellaneous Directives: `.blocksareclusters`

`.blocksareclusters`

Specify that CUDA thread blocks are mapped to clusters.

**Syntax**

```
.blocksareclusters
```

**Description**

Default behavior of CUDA API is to specify the grid launch configuration by specifying the number of thread blocks and the number of threads per block.

When `.blocksareclusters` directive is specified, it implies that the grid launch configuration for the corresponding `.entry` function is specifying the number of clusters, i.e. the launch configuration is specifying number of clusters instead of the number of thread blocks. In this case, the number of thread blocks per cluster is specified by `.reqnctapercluster` directive and the thread block size is specified with the `.reqntid` directive.

`.blocksareclusters` directive is only allowed for `.entry` functions and also needs `.reqntid` and `.reqnctapercluster` directives to be specified.

Refer to *CUDA Programming Guide* for more details.

**PTX ISA Notes**

Introduced in PTX ISA version 9.0.

https://docs.nvidia.com/cuda/parallel-thread-execution/#data-movement-and-conversion-instructions

41.     Every Accused Product comprises a system wherein the common shared level is a level within computer system memory where a bit's value for a memory block becomes shared from being private in levels closer to local cache memory. For example, the GH200 implements thread clusters wherein the common shared level is a level within computer system memory (*e.g.*, a cache or global memory level) where a bit value for a memory block becomes shared from being private in levels closer to local cache memory (*e.g.*, according to a shared and/or relaxed memory model).

### 6.2.4. Shared Memory

As detailed in Variable Memory Space Specifiers shared memory is allocated using the `__shared__` memory space specifier.

Shared memory is expected to be much faster than global memory as mentioned in Thread Hierarchy and detailed in Shared Memory. It can be used as scratchpad memory (or software managed cache) to minimize global memory accesses from a CUDA block as illustrated by the following matrix multiplication example.

The following code sample is a straightforward implementation of matrix multiplication that does not take advantage of shared memory. Each thread reads one row of *A* and one column of *B* and computes the corresponding element of *C* as illustrated in Figure 8. *A* is therefore read *B.width* times from global memory and *B* is read *A.height* times.

### 6.2.5. Distributed Shared Memory 🔗

Thread block clusters introduced in compute capability 9.0 provide the ability for threads in a thread block cluster to access shared memory of all the participating thread blocks in a cluster. This partitioned shared memory is called *Distributed Shared Memory*, and the corresponding address space is called Distributed shared memory address space. Threads that belong to a thread block cluster, can read, write or perform atomics in the distributed address space, regardless whether the address belongs to the local thread block or a remote thread block. Whether a kernel uses distributed shared memory or not, the shared memory size specifications, static or dynamic is still per thread block. The size of distributed shared memory is just the number of thread blocks per cluster multiplied by the size of shared memory per thread block.

Accessing data in distributed shared memory requires all the thread blocks to exist. A user can guarantee that all thread blocks have started executing using `cluster.sync()` from Cluster Group API. The user also needs to ensure that all distributed shared memory operations happen before the exit of a thread block, e.g., if a remote thread block is trying to read a given thread block's shared memory, user needs to ensure that the shared memory read by remote thread block is completed before it can exit.

CUDA provides a mechanism to access to distributed shared memory, and applications can benefit from leveraging its capabilities. Lets look at a simple histogram computation and how to optimize it on the GPU using thread block cluster. A standard way of computing histograms is do the computation in the shared memory of each thread block and then perform global memory atomics. A limitation of this approach is the shared memory capacity. Once the histogram bins no longer fit in the shared memory, a user needs to directly compute histograms and hence the atomics in the global memory. With distributed shared memory, CUDA provides an intermediate step, where a depending on the histogram bins size, histogram can be computed in shared memory, distributed shared memory or global memory directly.

The CUDA kernel example below shows how to compute histograms in shared memory or distributed shared memory, depending on the number of histogram bins.

https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html#load-functions-using-cache-hints

*See also*:



https://developer.arm.com/documentation/102407/0102/Memory-System-Resource-Partitioning-and-Monitoring

42.     Every Accused Product comprises a system wherein a cache coherence operation is selected among a plurality of cache coherence operations based on said common shared level being identified. For example, the GH200 selects among cache coherence applications (*e.g.*, load,

store, or invalidate) based on the aforementioned common shared level (*e.g.*, a level of a cluster which is shared with respect to a given data block) being identified.

## 8.4. Operation types

For simplicity, the rest of the document refers to the following operation types, instead of mentioning specific instructions that give rise to them.

*Table 20: Operation Types*

| Operation Type | Instruction/Operation |
|---|---|
| atomic operation | `atom` or `red` instruction. |
| read operation | All variants of `ld` instruction and `atom` instruction (but not `red` instruction). |
| write operation | All variants of `st` instruction, and *atomic* operations if they result in a write. |
| memory operation | A *read* or *write* operation. |
| volatile operation | An instruction with `.volatile` qualifier. |
| acquire operation | A *memory* operation with `.acquire` or `.acq_rel` qualifier. |
| release operation | A *memory* operation with `.release` or `.acq_rel` qualifier. |
| mmio operation | An `ld` or `st` instruction with `.mmio` qualifier. |
| memory fence operation | A `membar`, `fence.sc` or `fence.acq_rel` instruction. |
| proxy fence operation | A `fence.proxy` or a `membar.proxy` instruction. |
| strong operation | A *memory fence* operation, or a *memory* operation with a `.relaxed`, `.acquire`, `.release`, `.acq_rel`, `.volatile`, or `.mmio` qualifier. |
| weak operation | An `ld` or `st` instruction with a `.weak` qualifier. |
| synchronizing operation | A `barrier` instruction, *fence* operation, *release* operation or *acquire* operation. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

*See also*:

## Transaction flows

A transaction is the set of messages that the system needs to complete a Request by a node. This section includes examples for:

- Using Identifiers in a Write Request between a requester and a completer
- The sequence of messages needed to complete a ReadNoSnp Transaction
- The flow of a WriteNoSnp Transaction from a Request Node through to a completer Node

https://developer.arm.com/documentation/102407/0102/Transaction-flows

43.     Every Accused Product comprises a system wherein said cache coherence operation is performed upon the occurrence of a coherence event. For example, the GH200

implements thread clusters to perform coherence operations upon the occurrence of a coherence event, *e.g.*, a read or write miss, atomic operation, self-invalidation, or downgrade.

44.    Nvidia indirectly infringes one or more claims of the '410 Patent by knowingly and intentionally inducing others, including Nvidia customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Nvidia's GH200.

45.    Nvidia indirectly infringes one or more claims of the '410 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia's customers and end-users, in this District and elsewhere in the United States. For example, Nvidia's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '410 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[2] Because of Nvidia's inducement, Nvidia's customers and end-users use the Accused Products in a way Nvidia intends and directly infringe the '410 Patent. Nvidia performs these affirmative acts with knowledge of the '410 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '410 Patent.

---

[2] https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html#read-only-data-cache-load-function; https://nvidia.github.io/cccl/libcudacxx/extended_api/memory_model.html

46.    Nvidia indirectly infringes one or more claims of the '410 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '410 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '410 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '410 Patent. Nvidia performs these affirmative acts with knowledge of the '410 Patent and with intent, or willful blindness, that it causes the direct infringement of the '410 Patent.

47.    Array Cache has suffered damages as a result of Defendant's direct and indirect infringement of the '410 Patent in an amount to be proved at trial.

## COUNT III
### (Infringement of the '861 Patent)

48.    Paragraphs 1 through 15 are incorporated by reference as if fully set forth herein.

49.    Array Cache has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '861 Patent.

50.    Nvidia has and continues to directly infringe the '861 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '861 Patent. These products include at least the Nvidia Grace Hopper GH200.

51.     For example, Defendant has and continues to directly infringe at least claim 1 of the '861 Patent by making, using, offering to sell, selling, and/or importing into the United States products that perform a method for cache coherence in a computer system having a clustered cache hierarchy, the method comprising:  storing a common shared level (CSL) value for a data block stored in the clustered cache hierarchy; when the data block is written, using a coherence mechanism to update a status of the data block for one or more caches within a cache cluster indicated by the CSL value and treating the data block as private for one or more caches outside of the cache cluster indicated by the CSL value, detecting a translation look-aside buffer (TLB) miss associated with the data block; and determining a new CSL value for the data block in response to the detecting step.

52.     Every Accused Product performs a method for cache coherence in a computer system having a clustered cache hierarchy, the method comprising: storing a common shared level (CSL) value for a data block stored in the clustered cache hierarchy. For example, the GH200 implements thread clusters in which a common shared level (*e.g.*, shared or global memory) is identified among the at least one aforementioned intermediary cache and shared memory based on which one is shared among two of the multiple processor cores (*e.g.*, cores of a given cluster). For example, the GH200 implements thread clusters wherein the common shared level is a level within computer system memory (*e.g.*, a cache or global memory level) where a bit value for a memory block becomes shared from being private in levels closer to local cache memory (*e.g.*, according to a shared and/or relaxed memory model).

### 6.2.4. Shared Memory

As detailed in Variable Memory Space Specifiers shared memory is allocated using the `__shared__` memory space specifier.

Shared memory is expected to be much faster than global memory as mentioned in Thread Hierarchy and detailed in Shared Memory. It can be used as scratchpad memory (or software managed cache) to minimize global memory accesses from a CUDA block as illustrated by the following matrix multiplication example.

The following code sample is a straightforward implementation of matrix multiplication that does not take advantage of shared memory. Each thread reads one row of $A$ and one column of $B$ and computes the corresponding element of $C$ as illustrated in Figure 8. $A$ is therefore read $B$.width times from global memory and $B$ is read $A$.height times.

### 6.2.5. Distributed Shared Memory 🔗

Thread block clusters introduced in compute capability 9.0 provide the ability for threads in a thread block cluster to access shared memory of all the participating thread blocks in a cluster. This partitioned shared memory is called *Distributed Shared Memory*, and the corresponding address space is called Distributed shared memory address space. Threads that belong to a thread block cluster, can read, write or perform atomics in the distributed address space, regardless whether the address belongs to the local thread block or a remote thread block. Whether a kernel uses distributed shared memory or not, the shared memory size specifications, static or dynamic is still per thread block. The size of distributed shared memory is just the number of thread blocks per cluster multiplied by the size of shared memory per thread block.

Accessing data in distributed shared memory requires all the thread blocks to exist. A user can guarantee that all thread blocks have started executing using `cluster.sync()` from Cluster Group API. The user also needs to ensure that all distributed shared memory operations happen before the exit of a thread block, e.g., if a remote thread block is trying to read a given thread block's shared memory, user needs to ensure that the shared memory read by remote thread block is completed before it can exit.

CUDA provides a mechanism to access to distributed shared memory, and applications can benefit from leveraging its capabilities. Lets look at a simple histogram computation and how to optimize it on the GPU using thread block cluster. A standard way of computing histograms is do the computation in the shared memory of each thread block and then perform global memory atomics. A limitation of this approach is the shared memory capacity. Once the histogram bins no longer fit in the shared memory, a user needs to directly compute histograms and hence the atomics in the global memory. With distributed shared memory, CUDA provides an intermediate step, where a depending on the histogram bins size, histogram can be computed in shared memory, distributed shared memory or global memory directly.

The CUDA kernel example below shows how to compute histograms in shared memory or distributed shared memory, depending on the number of histogram bins.

https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html#load-functions-using-cache-hints

*See also*:

Memory System Resource Partitioning and Monitoring

The performance of programs running on a computer system is affected by the memory-system performance, which is in part controlled by several resources in the memory system. In a memory system shared by multiple virtual machines, operating systems, and applications, the resources available to one software environment can vary, depending on the other programs running that might consume more or less of an uncontrolled memory-system resource.

Memory System Resource Partitioning and Monitoring (MPAM) is a mechanism to efficiently utilize the memory resources among users and to monitor the utilization of those resources. The resources are partitioned among users by Partition Identifier (PartID) and Performance Monitoring Group (PerfMonGroup).

CHI-D introduces support for MPAM. A requester that supports MPAM includes a label within each sent request, identifying the partition to which the request belongs, together with the performance monitoring group within that partition. The Home Node or the Subordinate Node uses this information to allocate their resources to this request. The following additions were made in CHI-D to support MPAM:

- Optional 11-bit MPAM field added to REQ and SNP channels (only used for stashing snoops on SNP)
- Format: `{ PerfMonGroup[0], PartID[8:0], MPAMNS[0] }`
- Must be propagated from RN to HN, HN to SN, HN to RN (stashing snoops)

CHI-E redefines `REQ.MPAM` and `SNP.MPAM` to cover the two extra security states introduced by RME. This increases the field width from 11 bits to 12 bits.

- Format: `{ PerfMonGroup[0], PartID[8:0], MPAMSP[1:0] }`
- The single-bit MPAMNS subfield is replaced with two-bit MPAMSP subfield

CHI-G allows for a 12-bit `PartID` field in addition to the existing 9-bit option. When the `MPAM_Support` property is `MPAM_12_1`, the MPAM width is 15 bits.

- Format: `{ PerfMonGroup[0], PartID[11:0], MPAMSP[1:0] }`

https://developer.arm.com/documentation/102407/0102/Memory-System-Resource-Partitioning-and-Monitoring

53. Every Accused Product performs a method of, when the data block is written, using a coherence mechanism to update a status of the data block for one or more caches within a cache cluster indicated by the CSL value and treating the data block as private for one or more caches outside of the cache cluster indicated by the CSL value. For example, the GH200 implements thread clusters in which cache coherence mechanisms (*e.g.*, invalidations, write-back, write-through, or downgrade) are used to update the status of a data block for one or more caches within a cache cluster indicated by the CSL value when written (*e.g.*, the status of a block of a thread block cluster as indicated by the common shared level bits), and treating that data block as private for one or more caches outside of the cache cluster indicated by the CSL value (*e.g.*, treating that data block as private with respect to caches outside of the thread block cluster).



Figure 6: *Memory Hierarchy*

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

54.    Every Accused Product performs detecting a translation look-aside buffer (TLB) miss associated with the data block. For example, the GH200 detects TLB misses associated with the data blocks of thread block clusters in maintaining cache coherence.

The logical entity tracking the mapping of virtual pages into physical pages will be referred to as a *page table*, and each mapping of a given virtual page with a given virtual size to physical pages is called a *page table entry (PTE)*. All supported processors provide specific caches for the page table to speed up the translation of virtual addresses to physical addresses. These caches are called *translation lookaside buffers (TLBs)*.

There are two important aspects for performance tuning of applications:

> the choice of virtual page size,
> whether the system offers a combined page table used by both CPUs and GPUs, or separate page tables for each CPU and GPU individually.

**24.2.2.1.1. Choosing the right page size**

In general, small page sizes lead to less (virtual) memory fragmentation but more TLB misses, whereas larger page sizes lead to more memory fragmentation but less TLB misses. Additionally, memory migration is generally more expensive with larger page sizes compared to smaller page sizes, because we typically migrate full memory pages. This can cause larger latency spikes in an application using large page sizes. See also the next section for more details on page faults.

One important aspect for performance tuning is that TLB misses are generally significantly more expensive on the GPU compared to the CPU. This means that if a GPU thread frequently accesses random locations of Unified Memory mapped using a small enough page size, it might be significantly slower compared to the same accesses to Unified Memory mapped using a large enough page size. While a similar effect might occur for a CPU thread randomly accessing a large area of memory mapped using a small page size, the slowdown is less pronounced, meaning that the application might want to trade-off this slowdown with having less memory fragmentation.

Note that in general, applications should not tune their performance to the physical page size of a given processor, since physical page sizes are subject to change depending on the hardware. The advice above only applies to virtual page sizes.

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

**24.2.2.1.2. CPU and GPU page tables: hardware coherency vs. software coherency**

> **ⓘ Note**
>
> In the remainder of the performance tuning documentation, we will refer to systems with a combined page table for both CPUs and GPUs as *hardware coherent* systems. Systems with separate page tables for CPUs and GPUs are referred to as *software coherent.*

Hardware coherent systems such as NVIDIA Grace Hopper offer a logically combined page table for both CPUs and GPUs. This is important because in order to access System-Allocated Memory from the GPU, the GPU uses whichever page table entry was created by the CPU for the requested memory. If that page table entry uses the default CPU page size of 4KiB or 64KiB, accesses to large virtual memory areas will cause significant TLB misses, thus significant slowdowns.

See the section on *configuring huge pages* for examples on how to ensure System-Allocated Memory uses large enough page sizes to avoid this type of issue.

On the other hand, on systems where the CPUs and GPUs each have their own logical page table, different performance tuning aspects should be considered: in order to guarantee coherency, these systems usually use *page faults* in case a processor accesses a memory address mapped into the physical memory of a different processor. Such a page fault means that:

> it needs to be ensured that the currently owning processor (where the physical page currently resides) cannot access this page anymore, either by deleting the page table entry or updating it.
> it needs to be ensured that the processor requesting access can access this page, either by creating a new page table entry or updating and existing entry, such that it becomes valid/active.
> the physical page backing this virtual page must be moved/migrated to the processor requesting access: this can be an expensive operation, and the amount of work is proportional to the page size.

https://docs.nvidia.com/cuda/cuda-c-programming-guide/

*See also*:

**DVM operation types**

CHI defines two types of DVM operations: Non-Synchronization DVMs (DVM Non-Sync) and Synchronization DVMs (DVM Sync). The attributes of a DVM operation dictate whether an RN must wait for an operation to complete before responding to a DVM Snoop.

Synchronization DVMs perform only synchronization, with no other operation.

Non-Synchronization DVMs are the Invalidation operations for TLB, Instruction Cache, and Branch Predictor. Non-Synchronization DVMs do not require the DVM operation to finish executing before more DVM operations are issued. This allows multiple Non-Synchronization DVMs to be outstanding.

In the following example, an RN-F can issue multiple Branch Predictor or Instruction Cache Invalidations, and the receiving RN-F or RN-D does not have to execute the operation immediately:

1. An RN-F or RN-D receives a DVM Snoop indicating a DVM Non-Sync.
2. The RN-F or RN-D issues a Snoop Response to the MN. The Snoop Response acknowledges receipt of the DVM message but does not indicate that the Request Node has executed the DVM operation.
3. The MN sends a Completion message to the initiating RN-F to indicate that the DVM operation has been accepted.

To ensure that all outstanding DVM Requests have executed, the following steps occur:

1. An RN-F issues a Synchronization DVM operation, also known as a DVM Sync, to the MN. Any DVM requests that need to be completed by the DVM Sync must receive their Completion response before issuing the DVM Sync.
2. The MN issues the DVM Sync to all the RN-Fs and RN-Ds on the snoop channel.
3. Each target RN ensures all its outstanding DVM operations have been executed.
4. Each RN issues one snoop response to the MN, indicating that all operations have been executed.
5. The MN sends a Completion response for the DVM Sync to the RN-F that originally issued the Synchronization DVM operation.

CHI DVM Syncs are similar to those in ACE. Both check that previously issued DVM operations have been completed. The difference is that CHI does not require a DVM Complete message.

https://developer.arm.com/documentation/102407/0102/DVM-operations

55.    Every Accused Product performs determining a new CSL value for the data block in response to the detecting step. For example, when a TLB miss is detected, the GH200 determines a new CSL value (*e.g.*, bit value indicating an updated cache and/or global memory pool to maintain coherence in a shared and/or distributed shared memory for a given thread cluster).

56.    Nvidia indirectly infringes one or more claims of the '861 Patent by knowingly and intentionally inducing others, including Nvidia customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as the GH200.

57.    Nvidia indirectly infringes one or more claims of the '861 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia's customers and end-users, in this District and elsewhere in the United States. For example, Nvidia's customers and end-users

directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '861 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[3] Because of Nvidia's inducement, Nvidia's customers and end-users use the Accused Products in a way Nvidia intends and directly infringe the '861 Patent. Nvidia performs these affirmative acts with knowledge of the '861 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '861 Patent.

58.    Nvidia indirectly infringes one or more claims of the '861 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '861 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '861 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '861 Patent. Nvidia performs these affirmative acts with knowledge of the '861 Patent and with intent, or willful blindness, that it causes the direct infringement of the '861 Patent.

---

[3] https://docs.nvidia.com/cuda/cuda-c-programming-guide/

59.     Array Cache has suffered damages as a result of Defendant's direct and indirect infringement of the '861 Patent in an amount to be proved at trial.

## <u>COUNT IV</u>
### (Infringement of the '471 Patent)

60.     Paragraphs 1 through 15 are incorporated by reference as if fully set forth herein.

61.     Array Cache has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '471 Patent.

62.     Nvidia has and continues to directly infringe the '471 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '471 Patent. These products include at least Grace Hopper GH200.

63.     For example, Defendant has and continues to directly infringe at least claim 13 of the '471 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a computer system comprising: multiple processor cores; at least one local cache memory associated with and operatively coupled to each core for storing one or more cache lines accessible only by the associated core; a shared memory, the shared memory being operatively coupled to the local cache memories and accessible by the cores, the shared memory being capable of storing a plurality of cache lines; wherein a core accessing the shared memory to load a memory block after the core misses in its at least one local cache memory, detects a prior store from another core to the memory block; and wherein the detection of the prior store enforces program order of loads which are being executed by the core that issued the load of the memory block, such that loads which initiated prior to the load of the memory block are completed and loads which initiated after the load of the memory block are re-executed after completion of the load of the memory block and wherein the detection of the prior store causes one or more cache lines in the at least one local cache memory of the core to be self-invalidated.

64.    Every Accused Product comprises a computer system comprising multiple processor cores. For example, the GH200 comprises 132 GPU streaming multiprocessors, each comprising 128 CUDA cores, and 72 CPU cores.



Figure 1.    NVIDIA GH200 Grace Hopper Superchip Logical Overview

https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper

65.    Every Accused Product comprises at least one local cache memory associated with and operatively coupled to each core for storing one or more cache lines accessible only by the associated core. For example, the GH200 comprises a dedicated local cache memory for each CPU and GPU core (e.g., L1 and/or L2 cache memory) for storing cache lines which are directly accessible by each respective core.

## Product Specifications

| Feature | GH200 | GH200 NVL2 |
| --- | --- | --- |
| CPU core count | 72 Arm Neoverse V2 cores | 144 Arm Neoverse V2 cores |
| L1 cache | 64KB i-cache + 64KB d-cache | |
| L2 cache | 1MB per core | |
| L3 cache | 114MB | 228MB |
| Base frequency \| all-core single instruction, multiple data (SIMD) frequency | 3.1GHz \| 3.0GHz | |
| LPDDR5X size | 480GB<br>120GB, 240GB | 960GB<br>240GB, 480GB |
| Memory bandwidth | Up to 384GB/s<br>Up to 512GB/s | Up to 768GB/s<br>Up to 1024GB/s |
| PCIe links | Up to 4x PCIe x16 (Gen5) | Up to 8x PCIe x16 (Gen5) |

https://resources.nvidia.com/en-us-grace-cpu/grace-hopper-superchip?ncid=no-ncid

*See also*:

Table 30: Cache Operators for Memory Load Instructions

| Operator | Meaning |
| --- | --- |
| .ca | Cache at all levels, likely to be accessed again.<br><br>The default load instruction cache operation is ld.ca, which allocates cache lines in all levels (L1 and L2) with normal eviction policy. Global data is coherent at the L2 level, but multiple L1 caches are not coherent for global data. If one thread stores to global memory via one L1 cache, and a second thread loads that address via a second L1 cache with `ld.ca`, the second thread may get stale L1 cache data, rather than the data stored by the first thread. The driver must invalidate global L1 cache lines between dependent grids of parallel threads. Stores by the first grid program are then correctly fetched by the second grid program issuing default `ld.ca` loads cached in L1. |
| .cg | Cache at global level (cache in L2 and below, not L1).<br><br>Use `ld.cg` to cache loads only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| .cs | Cache streaming, likely to be accessed once.<br><br>The `ld.cs` load cached streaming operation allocates global lines with evict-first policy in L1 and L2 to limit cache pollution by temporary streaming data that may be accessed once or twice. When `ld.cs` is applied to a Local window address, it performs the `ld.lu` operation. |
| .lu | Last use.<br><br>The compiler/programmer may use `ld.lu` when restoring spilled registers and popping function stack frames to avoid needless write-backs of lines that will not be used again. The `ld.lu` instruction performs a load cached streaming operation (`ld.cs`) on global addresses. |
| .cv | Don't cache and fetch again (consider cached system memory lines stale, fetch again).<br><br>The ld.cv load operation applied to a global System Memory address invalidates (discards) a matching L2 line and re-fetches the line on each new load. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#control-flow-instructions-bra

66.    Every Accused Product comprises a shared memory, the shared memory being operatively coupled to the local cache memories and accessible by the cores, the shared memory being capable of storing a plurality of cache lines. For example, the GH200 comprises shared

and/or global cache memory, such as L2 and/or L3 cache memory, which is capable of storing a plurality of cache lines. The L2 and/or L3 cache memory is operatively coupled to the aforementioned local cache memories and main memories accessible by the cores via NVLink-C2C, and further via the Nvidia CUDA parallel thread execution instruction set architecture (*e.g.*, with respect to GPU cores) and via the ARM Amba Coherent Hub Interface (AMBA CHI) (*e.g.*, with respect to CPU cores). For example, the ARM CPU of the GH200 comprises global L3 cache. For example, the Nvidia CUDA GPU of the GH200 either comprises global L3 cache, or supports global L2 cache, as discussed in materials excerpted above.



Figure 8.      ATS in an NVIDIA Grace Hopper Superchip System

NVIDIA NVLink-C2C hardware-coherency enables the Grace CPU to cache GPU memory at cache-line granularity and for the GPU and CPU to access each other's memory without page-migrations. NVLink-C2C also accelerates all atomic operations supported by the CPU and GPU on system-allocated memory. Scoped atomic operations are fully supported and enable fine-grained and scalable synchronization across all threads in the system.

https://resources.nvidia.com/en-us-grace-cpu/nvidia-grace-hopper



Figure 3: *Memory Hierarchy*

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#programming-model

67.    Every Accused Product comprises a system wherein a core accessing the shared memory to load a memory block after the core misses in its at least one local cache memory, detects a prior store from another core to the memory block. For example, upon a cache miss during a store operation, the GH200 accesses shared memory (*e.g.*, L2, Global, or share distributed memory) to detect a prior store from another core to the memory block and loads the memory block.

### 10.2.2. L2 Cache

Starting with CUDA 11.0, devices of compute capability 8.0 and above have the capability to influence persistence of data in the L2 cache. Because L2 cache is on-chip, it potentially provides higher bandwidth and lower latency accesses to global memory.

For more details refer to the L2 Access Management section in the CUDA C++ Programming Guide ⧉.

### 10.2.2.1. L2 Cache Access Window

When a CUDA kernel accesses a data region in the global memory repeatedly, such data accesses can be considered to be *persisting*. On the other hand, if the data is only accessed once, such data accesses can be considered to be *streaming*. A portion of the L2 cache can be set aside for persistent accesses to a data region in global memory. If this set-aside portion is not used by persistent accesses, then streaming or normal data accesses can use it.

The L2 cache set-aside size for persisting accesses may be adjusted, within limits:

https://docs.nvidia.com/cuda/cuda-c-best-practices-guide/#effects-of-misaligned-accesses

Mapping of user data to L2 set-aside portion can be controlled using an access policy window on a CUDA stream or CUDA graph kernel node. The example below shows how to use the access policy window on a CUDA stream.

```
cudaStreamAttrValue stream_attribute;                              // Stream level attributes data structure
stream_attribute.accessPolicyWindow.base_ptr  = reinterpret_cast<void*>(ptr); // Global Memory data pointer
stream_attribute.accessPolicyWindow.num_bytes = num_bytes;        // Number of bytes for persisting accesses.
                                                                   // (Must be less than cudaDeviceProp::accessPolicyMaxWindowSize)
stream_attribute.accessPolicyWindow.hitRatio  = 1.0;              // Hint for L2 cache hit ratio for persisting accesses in the num_bytes re
stream_attribute.accessPolicyWindow.hitProp   = cudaAccessPropertyPersisting; // Type of access property on cache hit
stream_attribute.accessPolicyWindow.missProp  = cudaAccessPropertyStreaming;  // Type of access property on cache miss.

//Set the attributes to a CUDA stream of type cudaStream_t
cudaStreamSetAttribute(stream, cudaStreamAttributeAccessPolicyWindow, &stream_attribute);
```

The access policy window requires a value for `hitRatio` and `num_bytes`. Depending on the value of the `num_bytes` parameter and the size of L2 cache, one may need to tune the value of `hitRatio` to avoid thrashing of L2 cache lines.

https://docs.nvidia.com/cuda/cuda-c-best-practices-guide/#effects-of-misaligned-accesses

*See also*:



https://developer.arm.com/documentation/102407/0102/Data-Memory-Transfer--Direct-Cache-Transfer--PrefetchTgt--and-Direct-Write-Transfer

68.     Every Accused Product comprises a system wherein the detection of the prior store enforces program order of loads which are being executed by the core that issued the load of the memory block, such that loads which initiated prior to the load of the memory block are completed and loads which initiated after the load of the memory block are re-executed after completion of the load of the memory block. For example, the cache coherence memory model of the GH200 includes synchronization operations in which the detection of the prior store enforces program order of loads to be executed by the core that issued the load of the memory block (*e.g.*, a memory block of a thread cluster), such that loads which initiated prior to the load of the memory block are completed and loads which initiated after the load of the memory block are re-executed after completion of the load of the memory block (*e.g.*, sequentially with respect to the aforementioned memory block load).

**Description**

Performs barrier synchronization and communication within a CTA. Each CTA instance has sixteen barriers numbered `0..15`.

`barrier{.cta}` instructions can be used by the threads within the CTA for synchronization and communication.

Operands `a`, `b`, and `d` have type `.u32`; operands `p` and `c` are predicates. Source operand `a` specifies a logical barrier resource as an immediate constant or register with value `0` through `15`. Operand `b` specifies the number of threads participating in the barrier. If no thread count is specified, all threads in the CTA participate in the barrier. When specifying a thread count, the value must be a multiple of the warp size. Note that a non-zero thread count is required for `barrier{.cta}.arrive`.

Depending on operand `b`, either specified number of threads (in multiple of warp size) or all threads in the CTA participate in `barrier{.cta}` instruction. The `barrier{.cta}` instructions signal the arrival of the executing threads at the named barrier.

`barrier{.cta}` instruction causes executing thread to wait for all non-exited threads from its warp and marks warps' arrival at barrier. In addition to signaling its arrival at the barrier, the `barrier{.cta}.red` and `barrier{.cta}.sync` instructions causes executing thread to wait for non-exited threads of all other warps participating in the barrier to arrive. `barrier{.cta}.arrive` does not cause executing thread to wait for threads of other participating warps.

When a barrier completes, the waiting threads are restarted without delay, and the barrier is reinitialized so that it can be immediately reused.

The `barrier{.cta}.sync` or `barrier{.cta}.red` or `barrier{.cta}.arrive` instruction guarantees that when the barrier completes, prior memory accesses requested by this thread are performed relative to all threads participating in the barrier. The `barrier{.cta}.sync` and `barrier{.cta}.red` instruction further guarantees that no new memory access is requested by this thread before the barrier completes.

A memory read (e.g., by `ld` or `atom`) has been performed when the value read has been transmitted from memory and cannot be modified by another thread participating in the barrier. A memory write (e.g., by `st`, `red` or `atom`) has been performed when the value written has become visible to other threads participating in the barrier, that is, when the previous value can no longer be read.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

Performs barrier synchronization and communication within a cluster.

`barrier.cluster` instructions can be used by the threads within the cluster for synchronization and communication.

`barrier.cluster.arrive` instruction marks warps' arrival at barrier without causing executing thread to wait for threads of other participating warps.

`barrier.cluster.wait` instruction causes the executing thread to wait for all non-exited threads of the cluster to perform `barrier.cluster.arrive`.

In addition, `barrier.cluster` instructions cause the executing thread to wait for all non-exited threads from its warp.

When all non-exited threads in the cluster have executed `barrier.cluster.arrive`, the barrier completes and is automatically reinitialized. After using `barrier.cluster.wait` to detect completion of the barrier, a thread may immediately arrive at the barrier once again. Each thread must arrive at the barrier only once before the barrier completes.

The `barrier.cluster.wait` instruction guarantees that when it completes the execution, memory accesses (except asynchronous operations) requested, in program order, prior to the preceding `barrier.cluster.arrive` by all threads in the cluster are complete and visible to the executing thread.

There is no memory ordering and visibility guarantee for memory accesses requested by the executing thread, in program order, after `barrier.cluster.arrive` and prior to `barrier.cluster.wait`.

The optional `.relaxed` qualifier on `barrier.cluster.arrive` specifies that there are no memory ordering and visibility guarantees provided for the memory accesses performed prior to `barrier.cluster.arrive`.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

69.     Every Accused Product comprises a system wherein the detection of the prior store causes one or more cache lines in the at least one local cache memory of the core to be self-invalidated. For example, detection of the aforementioned prior store causes at least one cache line in a local cache memory (*e.g.*, L1 and/or L2) to be self invalidated.

### 9.7.9.1. Cache Operators

PTX ISA version 2.0 introduced optional cache operators on load and store instructions. The cache operators require a target architecture of `sm_20` or higher.

Cache operators on load or store instructions are treated as performance hints only. The use of a cache operator on an `ld` or `st` instruction does not change the memory consistency behavior of the program.

For `sm_20` and higher, the cache operators have the following definitions and behavior.

*Table 30: Cache Operators for Memory Load Instructions*

| Operator | Meaning |
|---|---|
| `.ca` | Cache at all levels, likely to be accessed again. |
| | The default load instruction cache operation is ld.ca, which allocates cache lines in all levels (L1 and L2) with normal eviction policy. Global data is coherent at the L2 level, but multiple L1 caches are not coherent for global data. If one thread stores to global memory via one L1 cache, and a second thread loads that address via a second L1 cache with `ld.ca`, the second thread may get stale L1 cache data, rather than the data stored by the first thread. The driver must invalidate global L1 cache lines between dependent grids of parallel threads. Stores by the first grid program are then correctly fetched by the second grid program issuing default `ld.ca` loads cached in L1. |
| `.cv` | Don't cache and fetch again (consider cached system memory lines stale, fetch again). |
| | The ld.cv load operation applied to a global System Memory address invalidates (discards) a matching L2 line and re-fetches the line on each new load. |

*Table 31: Cache Operators for Memory Store Instructions* 🔗

| Operator | Meaning |
|---|---|
| `.wb` | Cache write-back all coherent levels. |
| | The default store instruction cache operation is `st.wb`, which writes back cache lines of coherent cache levels with normal eviction policy. |
| | If one thread stores to global memory, bypassing its L1 cache, and a second thread in a different SM later loads from that address via a different L1 cache with `ld.ca`, the second thread may get a hit on stale L1 cache data, rather than get the data from L2 or memory stored by the first thread. |
| | The driver must invalidate global L1 cache lines between dependent grids of thread arrays. Stores by the first grid program are then correctly missed in L1 and fetched by the second grid program issuing default `ld.ca` loads. |
| `.cg` | Cache at global level (cache in L2 and below, not L1). |
| | Use `st.cg` to cache global store data only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| `.cs` | Cache streaming, likely to be accessed once. |
| | The `st.cs` store cached-streaming operation allocates cache lines with evict-first policy to limit cache pollution by streaming output data. |
| `.wt` | Cache write-through (to system memory). |
| | The `st.wt` store write-through operation applied to a global System Memory address writes through the L2 cache. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

*See also*:



Source: https://developer.arm.com/documentation/102407/latest/

70.    Nvidia indirectly infringes one or more claims of the '471 Patent by knowingly and intentionally inducing others, including Nvidia customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Nvidia Grace Hopper products.

71.    Nvidia indirectly infringes one or more claims of the '471 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia's customers and end-users, in this District and elsewhere in the United States. For example, Nvidia's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the

inventions claimed in the '471 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[4] Because of Nvidia's inducement, Nvidia's customers and end-users use the Accused Products in a way Nvidia intends and directly infringe the '471 Patent. Nvidia performs these affirmative acts with knowledge of the '471 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '471 Patent.

72.     Nvidia indirectly infringes one or more claims of the '471 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '471 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '471 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '471 Patent. Nvidia performs these affirmative acts with knowledge of the '471 Patent and with intent, or willful blindness, that it causes the direct infringement of the '471 Patent.

---

[4] https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html#read-only-data-cache-load-function

73.     Array Cache has suffered damages as a result of Defendant's direct and indirect infringement of the '471 Patent in an amount to be proven at trial.

## COUNT V
**(Infringement of the '464 Patent)**

74.     Paragraphs 1 through 15 are incorporated by reference as if fully set forth herein

75.     Array Cache has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '464 Patent.

76.     Nvidia has and continues to directly infringe the '464 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '464 Patent. These products include at least the Nvidia Grace Hopper GH200.

77.     For example, Defendant has and continues to directly infringe at least claim 1 of the '464 Patent by making, using, offering to sell, selling, and/or importing into the United States products that practice a method for self-invalidating cachelines in a computer system having a plurality of cores, the method comprising: requesting, by a first one of the plurality of cores, to load a memory block from a cache memory local to the first one of the plurality of cores, which request results in a cache miss; checking a read-after-write detection structure to determine if a race condition exists for the memory block; and if a race condition exists for the memory block, enforcing program order at least between any older loads and any younger loads with respect to the load that detects a prior store in the first one of the plurality of cores that issued the load of the memory block and causing one or more cache lines in the local cache memory to be self-invalidated.

78.     Every Accused Product performs a method for self-invalidating cachelines in a computer system having a plurality of cores, the method comprising: requesting, by a first one of the plurality of cores, to load a memory block from a cache memory local to the first one of the plurality of cores, which request results in a cache miss. For example, upon a cache miss during an operation on a cache associated with one of a plurality of CPU or GPU cores, the GH200 accesses shared memory (*e.g.*, L2, Global, or share distributed memory) to detect a prior store from another core to the memory block and loads the memory block. For example, detection of the aforementioned prior store causes at least one cache line in a local cache memory (*e.g.*, L1 and/or L2) to be self-invalidated.

### 10.2.2. L2 Cache

Starting with CUDA 11.0, devices of compute capability 8.0 and above have the capability to influence persistence of data in the L2 cache. Because L2 cache is on-chip, it potentially provides higher bandwidth and lower latency accesses to global memory.

For more details refer to the L2 Access Management section in the CUDA C++ Programming Guide ⧉.

#### 10.2.2.1. L2 Cache Access Window

When a CUDA kernel accesses a data region in the global memory repeatedly, such data accesses can be considered to be *persisting*. On the other hand, if the data is only accessed once, such data accesses can be considered to be *streaming*. A portion of the L2 cache can be set aside for persistent accesses to a data region in global memory. If this set-aside portion is not used by persistent accesses, then streaming or normal data accesses can use it.

The L2 cache set-aside size for persisting accesses may be adjusted, within limits:

https://docs.nvidia.com/cuda/cuda-c-best-practices-guide/#effects-of-misaligned-accesses

Mapping of user data to L2 set-aside portion can be controlled using an access policy window on a CUDA stream or CUDA graph kernel node. The example below shows how to use the access policy window on a CUDA stream.

```
cudaStreamAttrValue stream_attribute;                                          // Stream level attributes data structure
stream_attribute.accessPolicyWindow.base_ptr  = reinterpret_cast<void*>(ptr);  // Global Memory data pointer
stream_attribute.accessPolicyWindow.num_bytes = num_bytes;                     // Number of bytes for persisting accesses.
                                                                               // (Must be less than cudaDeviceProp::accessPolicyMaxWindowSize)
stream_attribute.accessPolicyWindow.hitRatio  = 1.0;                           // Hint for L2 cache hit ratio for persisting accesses in the num_bytes re
stream_attribute.accessPolicyWindow.hitProp   = cudaAccessPropertyPersisting;  // Type of access property on cache hit
stream_attribute.accessPolicyWindow.missProp  = cudaAccessPropertyStreaming;   // Type of access property on cache miss.

//Set the attributes to a CUDA stream of type cudaStream_t
cudaStreamSetAttribute(stream, cudaStreamAttributeAccessPolicyWindow, &stream_attribute);
```

The access policy window requires a value for `hitRatio` and `num_bytes`. Depending on the value of the `num_bytes` parameter and the size of L2 cache, one may need to tune the value of `hitRatio` to avoid thrashing of L2 cache lines.

https://docs.nvidia.com/cuda/cuda-c-best-practices-guide/#effects-of-misaligned-accesses

*See also*:



2. The HN-F has a cache-miss for the address and issues a Read Request to the Memory controller, as shown in the following diagram:

**Figure 2. HN-F cache-miss**

3. The Memory controller gets the data for the Read Request then sends the data back to the HN-F.
4. The HN-F returns the read data to the CPU that requested the cache line. The read data needed to return to the HN-F before reaching its destination.

https://developer.arm.com/documentation/102407/0102/Data-Memory-Transfer--Direct-Cache-Transfer--PrefetchTgt--and-Direct-Write-Transfer

### 9.7.9.1. Cache Operators

PTX ISA version 2.0 introduced optional cache operators on load and store instructions. The cache operators require a target architecture of `sm_20` or higher.

Cache operators on load or store instructions are treated as performance hints only. The use of a cache operator on an `ld` or `st` instruction does not change the memory consistency behavior of the program.

For `sm_20` and higher, the cache operators have the following definitions and behavior.

*Table 30: Cache Operators for Memory Load Instructions*

| Operator | Meaning |
|---|---|
| `.ca` | Cache at all levels, likely to be accessed again. |
| | The default load instruction cache operation is ld.ca, which allocates cache lines in all levels (L1 and L2) with normal eviction policy. Global data is coherent at the L2 level, but multiple L1 caches are not coherent for global data. If one thread stores to global memory via one L1 cache, and a second thread loads that address via a second L1 cache with `ld.ca`, the second thread may get stale L1 cache data, rather than the data stored by the first thread. The driver must invalidate global L1 cache lines between dependent grids of parallel threads. Stores by the first grid program are then correctly fetched by the second grid program issuing default `ld.ca` loads cached in L1. |
| `.cv` | Don't cache and fetch again (consider cached system memory lines stale, fetch again). |
| | The ld.cv load operation applied to a global System Memory address invalidates (discards) a matching L2 line and re-fetches the line on each new load. |

52

*Table 31: Cache Operators for Memory Store Instructions* 🔗

| Operator | Meaning |
|---|---|
| `.wb` | Cache write-back all coherent levels.<br><br>The default store instruction cache operation is `st.wb`, which writes back cache lines of coherent cache levels with normal eviction policy.<br><br>If one thread stores to global memory, bypassing its L1 cache, and a second thread in a different SM later loads from that address via a different L1 cache with `ld.ca`, the second thread may get a hit on stale L1 cache data, rather than get the data from L2 or memory stored by the first thread.<br><br>The driver must invalidate global L1 cache lines between dependent grids of thread arrays. Stores by the first grid program are then correctly missed in L1 and fetched by the second grid program issuing default `ld.ca` loads. |
| `.cg` | Cache at global level (cache in L2 and below, not L1).<br><br>Use `st.cg` to cache global store data only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| `.cs` | Cache streaming, likely to be accessed once.<br><br>The `st.cs` store cached-streaming operation allocates cache lines with evict-first policy to limit cache pollution by streaming output data. |
| `.wt` | Cache write-through (to system memory).<br><br>The `st.wt` store write-through operation applied to a global System Memory address writes through the L2 cache. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

*See also*:



Figure 2-2: A diagram showing cache line states

The figure contains the following cache line states:

**Invalid**

The cache line is not present in the cache.

**Unique Dirty**

This cache line only exists in this cache only and is modified with respect to Main Memory. In this state the requester can perform a write to the cache line, because the line is already in a Unique state. If a snoop instructs it, the cache line must be forwarded to the Requester.

**Unique Dirty Partial**

This cache line exists in this cache only and is considered modified with respect to Main Memory. It can have some bytes valid, where some includes none or all bytes. In this state, the requester can perform a write to the cache line because the line is already in a Unique state. In response to a snoop, the cache line cannot be forwarded directly to the original requester, even when instructed to by the snoop.

**Shared Dirty**

This cache line has been modified with respect to main memory, and this particular cache has the responsibility to update main memory. Because the cache line is Shared, it might exist in one or more local caches, but this is not guaranteed. If the line is present in multiple caches, these caches will have this line in Shared Clean.

**Unique Clean**

The cache line has not been modified with respect to Main Memory, and only exists in a single local cache. It can be modified without notifying other caches.

Source: https://developer.arm.com/documentation/102407/latest/

79.    Every Accused Product performs checking a read-after-write detection structure to determine if a race condition exists for the memory block. For example, the GH200 determines whether race condition (*e.g.*, a conflict and/or data-race) exists for a memory block based on a read-after-write detection structure.

## 8.7. Morally strong operations

Two operations are said to be *morally strong* relative to each other if they satisfy all of the following conditions:

1. The operations are related in *program order* (i.e, they are both executed by the same thread), or each operation is *strong* and specifies a *scope* that includes the thread executing the other operation.
2. Both operations are performed via the same *proxy*.
3. If both are memory operations, then they overlap completely.

Most (but not all) of the axioms in the memory consistency model depend on relations between *morally strong* operations.

### 8.7.1. Conflict and Data-races

Two *overlapping* memory operations are said to *conflict* when at least one of them is a *write*.

Two *conflicting* memory operations are said to be in a *data-race* if they are not related in *causality order* and they are not *morally strong*.

### 8.7.2. Limitations on Mixed-size Data-races

A *data-race* between operations that *overlap* completely is called a *uniform-size data-race*, while a *data-race* between operations that *overlap* partially is called a *mixed-size data-race*.

The axioms in the memory consistency model do not apply if a PTX program contains one or more *mixed-size data-races*. But these axioms are sufficient to describe the behavior of a PTX program with only *uniform-size data-races*.

**Atomicity of mixed-size RMW operations**

In any program with or without *mixed-size data-races*, the following property holds for every pair of *overlapping atomic* operations A1 and A2 such that each specifies a *scope* that includes the other: Either the *read-modify-write* operation specified by A1 is performed completely before A2 is initiated, or vice versa. This property holds irrespective of whether the two operations A1 and A2 overlap partially or completely.

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

Modify atomics.fences paragraph 2 through 4 of ISO/IEC IS 14882 (the C++ Standard) as follows:

> A release fence A synchronizes with an acquire fence B if there exist atomic operations X and Y, both operating on some atomic object M, such that A is sequenced before X, X modifies M, Y is sequenced before B, and Y reads the value written by X or a value written by any side effect in the hypothetical release sequence X would head if it were a release operation, **and each operation (A, B, X, and Y) specifies a scope that includes the thread that performed each other operation**.
>
> A release fence A synchronizes with an atomic operation B that performs an acquire operation on an atomic object M if there exists an atomic operation X such that A is sequenced before X, X modifies M, and B reads the value written by X or a value written by any side effect in the hypothetical release sequence X would head if it were a release operation, **and each operation (A, B, and X) specifies a scope that includes the thread that performed each other operation**.
>
> An atomic operation A that is a release operation on an atomic object M synchronizes with an acquire fence B if there exists some atomic operation X on M such that X is sequenced before B and reads the value written by A or a value written by any side effect in the release sequence headed by A, **and each operation (A, B, and X) specifies a scope that includes the thread that performed each other operation**.

https://nvidia.github.io/cccl/libcudacxx/extended_api/memory_model.html

80.    Every Accused Product performs a method of, if a race condition exists for the memory block, enforcing program order at least between any older loads and any younger loads with respect to the load that detects a prior store in the first one of the plurality of cores that issued the load of the memory block and causing one or more cache lines in the local cache memory to be self-invalidated. For example, if a race condition, as described above, exists in the GH200, program order is enforced between older and younger loads (*e.g.*, upon a synchronization operation) with respect to the load that detects a prior store in the first of one of the plurality of cores that issues the load of the memory block (*e.g.*, the first GPU or CPU core of a given cluster), and causing one or more cache lines in the local cache memory to be self-invalidated. For example, detection of the aforementioned prior store causes at least one cache line in a local cache memory (*e.g.*, L1 and/or L2) to be self-invalidated.

### 9.7.9.1. Cache Operators

PTX ISA version 2.0 introduced optional cache operators on load and store instructions. The cache operators require a target architecture of `sm_20` or higher.

Cache operators on load or store instructions are treated as performance hints only. The use of a cache operator on an `ld` or `st` instruction does not change the memory consistency behavior of the program.

For `sm_20` and higher, the cache operators have the following definitions and behavior.

*Table 30: Cache Operators for Memory Load Instructions*

| Operator | Meaning |
|---|---|
| `.ca` | Cache at all levels, likely to be accessed again.<br><br>The default load instruction cache operation is ld.ca, which allocates cache lines in all levels (L1 and L2) with normal eviction policy. Global data is coherent at the L2 level, but multiple L1 caches are not coherent for global data. If one thread stores to global memory via one L1 cache, and a second thread loads that address via a second L1 cache with `ld.ca`, the second thread may get stale L1 cache data, rather than the data stored by the first thread. The driver must invalidate global L1 cache lines between dependent grids of parallel threads. Stores by the first grid program are then correctly fetched by the second grid program issuing default `ld.ca` loads cached in L1. |
| `.cv` | Don't cache and fetch again (consider cached system memory lines stale, fetch again).<br><br>The ld.cv load operation applied to a global System Memory address invalidates (discards) a matching L2 line and re-fetches the line on each new load. |

*Table 31: Cache Operators for Memory Store Instructions* 🔗

| Operator | Meaning |
|---|---|
| `.wb` | Cache write-back all coherent levels. |
| | The default store instruction cache operation is `st.wb`, which writes back cache lines of coherent cache levels with normal eviction policy. |
| | If one thread stores to global memory, bypassing its L1 cache, and a second thread in a different SM later loads from that address via a different L1 cache with `ld.ca`, the second thread may get a hit on stale L1 cache data, rather than get the data from L2 or memory stored by the first thread. |
| | The driver must invalidate global L1 cache lines between dependent grids of thread arrays. Stores by the first grid program are then correctly missed in L1 and fetched by the second grid program issuing default `ld.ca` loads. |
| `.cg` | Cache at global level (cache in L2 and below, not L1). |
| | Use `st.cg` to cache global store data only globally, bypassing the L1 cache, and cache only in the L2 cache. |
| `.cs` | Cache streaming, likely to be accessed once. |
| | The `st.cs` store cached-streaming operation allocates cache lines with evict-first policy to limit cache pollution by streaming output data. |
| `.wt` | Cache write-through (to system memory). |
| | The `st.wt` store write-through operation applied to a global System Memory address writes through the L2 cache. |

https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#operation-types

*See also*:



Source: https://developer.arm.com/documentation/102407/latest/

81.    Nvidia indirectly infringes one or more claims of the '464 Patent by knowingly and intentionally inducing others, including Nvidia customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Nvidia Grace Hopper products.

82.    Nvidia indirectly infringes one or more claims of the '464 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia's customers and end-users, in this District and elsewhere in the United States. For example, Nvidia's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the

inventions claimed in the '464 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Nvidia's inducement, Nvidia's customers and end-users use Accused Products in a way Nvidia intends and directly infringe the '464 Patent. Nvidia performs these affirmative acts with knowledge of the '464 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '464 Patent.

83.    Nvidia indirectly infringes one or more claims of the '464 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '464 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '464 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '464 Patent. Nvidia performs these affirmative acts with knowledge of the '464 Patent and with intent, or willful blindness, that it causes the direct infringement of the '464 Patent.

84.    Array Cache has suffered damages as a result of Defendant's direct and indirect infringement of the '464 Patent in an amount to be proved at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Array Cache prays for relief against Nvidia as follows:

a.      Entry of judgment declaring that Nvidia has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b.      Entry of judgment declaring that Nvidia's infringement of the Patents-in-Suit is willful;

c.      An order awarding damages sufficient to compensate Array Cache for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d.      Entry of judgment declaring that this case is exceptional and awarding Array Cache its costs and reasonable attorneys' fees under 35 U.S.C. § 285;

e.      An accounting for acts of infringement;

f.      Such other equitable relief which may be requested and to which the Plaintiff is entitled; and

g.      Such other and further relief as the Court deems just and proper.

Dated: November 25, 2025                    Respectfully submitted,

                                           */s/ Alfred R. Fabricant w/ permission*
                                           *Rudolph Fink IV*
                                           Alfred R. Fabricant (*Pro Hac Vice to be filed*)
                                           NY Bar No. 2219392
                                           Email: ffabricant@fabricantllp.com
                                           Peter Lambrianakos (*Pro Hac Vice to be filed*)
                                           NY Bar No. 2894392
                                           Email: plambrianakos@fabricantllp.com
                                           Vincent J. Rubino, III (*Pro Hac Vice to be filed*)
                                           NY Bar No. 4557435
                                           Email: vrubino@fabricantllp.com
                                           Jacob Ostling (*Pro Hac Vice to be filed*)
                                           NY Bar No. 5684824
                                           Email: jostling@fabricantllp.com
                                           **FABRICANT LLP**
                                           411 Theodore Fremd Avenue,
                                           Suite 206 South
                                           Rye, New York 10580
                                           Telephone: (212) 257-5797
                                           Facsimile: (212) 257-5796

                                           William E. Davis, III
                                           Texas Bar No. 24047416
                                           Email: bdavis@davisfirm.com
                                           Rudolph "Rudy" Fink IV
                                           Texas State Bar No. 24082997
                                           Email: rfink@davisfirm.com
                                           Ty Wilson Texas
                                           State Bar No. 24106583
                                           Email: twilson@davisfirm.com
                                           **DAVIS FIRM PC**
                                           213 N. Fredonia Street, Suite 230
                                           Longview, Texas 75601
                                           Telephone: (903) 230-9090
                                           Facsimile: (903) 230-9661

                                           ***ATTORNEYS FOR PLAINTIFF***
                                           ***ARRAY CACHE TECHNOLOGIES LLC***